

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

§

JUAN ANTONIO GUTIERREZ,                §          No. 08-18-00194-CR

              Appellant,                §          Appeal from the

v.                                      §          41st District Court

THE STATE OF TEXAS,                     §          of El Paso County, Texas

              State.                    §          (TC# 20140D03047)

§

# **O R D E R**

The Court GRANTS the State's third motion for extension of time within which to file the brief until **December 3, 2019**. NO FURTHER MOTIONS FOR EXTENSION OF TIME TO FILE THE STATE'S BRIEF WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that the Hon. Jaime E. Esparza, the State's attorney, prepare the State's brief and forward the same to this Court on or before December 3, 2019.

IT IS SO ORDERED this 4th day of November, 2019.

PER CURIAM

Before Alley, C.J., Rodriguez and Palafox, JJ.